### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRAD BURROW** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case:  2:17-cv-02720-CM-JPO |
| v. ) | |
| ) | |
| **CHASE BANK USA, NA,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brad Burrow ("Plaintiff"), by and through his undersigned counsel, hereby submits this Notice of Dismissal with Prejudice.

1. On December 19, 2017 Plaintiff filed Plaintiff's his Complaint [Doc. No. 1], which is the operative complaint in the above-captioned action (the "Action").

2. Defendant has not yet filed an answer.

3. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that "[t]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the Action with prejudice.

Respectfully submitted,

Dated: February 15, 2018              **THE WILLISTON LAW FIRM, LLC**

By: *Keith N. Williston*
Keith N. Williston KS #78645
201 SE Williamsburg Dr

1

2

>Blue Springs, MO 64014
Tele:   (913) 207-5450
WillistonKeith@yahoo.com

**Attorney for Plaintiff**